CENTER FOR DISABILITY ACCESS
Ariel Vento, Esq., SBN 311070
Josie Zimmermann, Esq, SBN 324511
Prathima Reddy Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
858)375-7385; Fax (888)422-5191
prathimap@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,** | Case No.: 3:21-cv-07587-VC |
| Plaintiff, | |
| v. | **Joint Status Report** |
| **Serkan Bikim;** **Cardo Inc.,** a California Corporation, | **Hon. Vince Chhabria** |
| Defendants. | |

Per Court Order (Dkt. 10), Counsel for the Plaintiff Brian Whitaker, Prathima Price, reports the present status of this matter:

1. On September 29, 2021, Plaintiff filed this complaint against Defendants, alleging violations of the Americans with Disabilities Act and the Unruh Civil Rights Act. (Dkt. 1).
2. On November 23, 2021, Defendant Cardo Inc., has filed their Answer (Dkt. 15).
3. On March 11, 2022, the parties have completed a Joint Site Inspection.
4. On March 22, 2022, Plaintiff's Counsel's assistant contacted Defense Counsel to obtain availability for scheduling the General Order 56 Settlement Meeting.

5. Defense Counsel is currently unresponsive to our attempts to schedule the General Order 56 Settlement Meeting despite sending a follow up on March 29, 2022.

6. Plaintiff intends to file a Motion for Administrative Relief to request the court to require Defendants to provide their availability for scheduling the General Order 56 settlement meeting should Defense Counsel not respond by April 4, 2022.

7. The parties will file the Notice of Need for Mediation if settlement is not reached.

8. This Status Report is filed in response to the October 5, 2021 Order (Dkt. 10).

Dated: March 29, 2022    CENTER FOR DISABILITY ACCESS

By: */s/ Prathima Price*
Prathima Price, Esq.
Attorney for Plaintiff

2

Status Report                                                3:21-cv-07587-VC