UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>CARDO INC.,<br><br>        Defendant. | Case No. 21-cv-07587-VC<br><br>**ORDER RE: JURISDICTIONAL DISCOVERY**<br><br>Re: Dkt. Nos. 23, 24 |

      The defendants may conduct three months of jurisdictional discovery focused on whether Whitaker had an intent to return to Mediterranean Kitchen at the time he filed his lawsuit. Following the discovery period, the defendants may file a motion to dismiss for lack of subject-matter jurisdiction under Rule 12(b)(1) if they wish. That motion is due by October 24, 2022. At that time, the Court will decide whether an evidentiary hearing is required.

      **IT IS SO ORDERED.**

Dated: July 21, 2022

_____
VINCE CHHABRIA
United States District Judge