CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Candice Clipner, Esq., SBN 215379
Claire Cylkowski, Esq., SBN 335352
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
candicec@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,** | **Case No.** 3:21-cv-07587-VC |
| Plaintiff, | |
| **v.** | **Plaintiff's Request for Dismissal without Prejudice in Response to Order at ECF 23** |
| **Serkan Bikim; Cardo Inc.,** a California Corporation, and Does 1-10 | |
| Defendants. | |

In response to the Court's order at ECF 23, declining to extend supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act cause of action, Plaintiff requests the Court dismiss Plaintiff's Americans with Disabilities Act ("ADA") cause of action. Resolution of Plaintiff's ADA claim is duplicative of the Unruh claim over which this Court has declined to retain jurisdiction. Therefore, Plaintiff requests the Court also dismiss Plaintiff's ADA cause of action, without prejudice, to preserve judicial resources and allow the parties to litigate both claims in a single forum. *See e.g.*,

1

*Johnson v. Right Crons, Inc.*, No. 5:20-cv-08117-EJD (N.D. Cal. June 27, 2022) (ordering Plaintiff to file dismissal of ADA claim or file status report indicating intent to proceed).

Plaintiff requested Defendant's stipulation, which was declined.

Dated: July 22, 2022                    CENTER FOR DISABILITY ACCESS


By: */s/Candice Clipner*
Candice Clipner, Esq.
Attorneys for Plaintiff