UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>    v.<br><br>CARDO INC.,<br><br>          Defendant. | Case No. 21-cv-07587-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 27 |

Whitaker's request for dismissal is granted. The case is dismissed without prejudice. *See generally Garcia v. Dhugga, et. al,* No. 21-CV-07542-VC, 2022 WL 4139542 (N.D. Cal. Sept. 13, 2022).

**IT IS SO ORDERED.**

Dated: September 15, 2022

VINCE CHHABRIA
United States District Judge